B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Bridgeview Aerosol, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-4411448** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**8470 South 77th Street**<br>**Bridgeview, IL**<br><div align=right>ZIP Code **60455**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align=right>ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**c/o Steven B. Towbin, Shaw Gussis, et al**<br>**321 N. Clark St, Ste. 800**<br>**Chicago, IL**<br><div align=right>ZIP Code **60654**</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align=right>ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Bridgeview Aerosol, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Bridgeview Aerosol, LLC** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

<table>
<tr>
<td>

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
   Date

</td>
<td>

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   Signature of Foreign Representative

_____
   Printed Name of Foreign Representative

_____
   Date

</td>
</tr>
</table>

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|

<table>
<tr>
<td>

X **/s/ Steven B. Towbin**
_____
Signature of Attorney for Debtor(s)

**Steven B. Towbin (#2848546)**
_____
Printed Name of Attorney for Debtor(s)

**Shaw Gussis et al**
_____
Firm Name

**321 N. Clark Street**
**Suite 800**
**Chicago, IL 60654**
_____
Address

**312-541-0151  Fax: 312-980-3888**
_____
Telephone Number

**October 30, 2009**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

</td>
<td>

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

</td>
</tr>
</table>

| Signature of Debtor (Corporation/Partnership) | |
|---|---|

<table>
<tr>
<td>

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Dennis Nolan**
_____
Signature of Authorized Individual

**Dennis Nolan**
_____
Printed Name of Authorized Individual

**President**
_____
Title of Authorized Individual

**October 30, 2009**
_____
Date

</td>
<td>

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

</td>
</tr>
</table>

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Bridgeview Aerosol, LLC; AeroNuevo, LLC; and UsAerosols, LLC**

                                                Debtor(s)

Case No.

Chapter    **11**

## CONSOLIDATED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **BALL CORPORATION**<br>**Attn: Casey Dodson**<br>**1717 Gifford Road**<br>**Elgin, IL 60120** | **BALL CORPORATION**<br>**Attn: Casey Dodson**<br>**1717 Gifford Road**<br>**Elgin, IL 60120**<br>**(847) 888-5534** | | | **2,303,072.21** |
| **BLACK FLAG / THE HOMAX GROUP, INC.**<br>**Attn: Brian Halverson, Controller**<br>**200 Westerly Rd**<br>**Bellingham, WA 98226** | **BLACK FLAG / THE HOMAX GROUP, INC.**<br>**Attn: Brian Halverson, Controller**<br>**200 Westerly Rd**<br>**Bellingham, WA 98226** | | | **1,236,895.30** |
| **CROWN CORK & SEAL COMPANY**<br>**Attn: Brad Dahlgren**<br>**One Crown Way**<br>**Philadelphia, PA 19154** | **CROWN CORK & SEAL COMPANY**<br>**Attn: Brad Dahlgren**<br>**One Crown Way**<br>**Philadelphia, PA 19154**<br>**(215) 698-5198** | | | **367,178.30** |
| **DIVERSIFIED CPC INTERNATIONAL**<br>**Attn: Paul Caponigri**<br>**24338 W Durkee Rd, Santa Fe Ind Dis**<br>**Channahon, IL 60410-0490** | **DIVERSIFIED CPC INTERNATIONAL**<br>**Attn: Paul Caponigri**<br>**24338 W Durkee Rd, Santa Fe Ind Dis**<br>**Channahon, IL 60410-0490**<br>**(815) 424-2001** | | | **311,570.22** |
| **EMCO CHEMICAL DISTRIBUTORS**<br>**Attn: Marty Locke**<br>**2100 Commonwealth Ave, PO Box 1030**<br>**N. Chicago, IL 60064** | **EMCO CHEMICAL DISTRIBUTORS**<br>**Attn: Marty Locke**<br>**2100 Commonwealth Ave, PO Box 1030**<br>**N. Chicago, IL 60064**<br>**(847) 689-2200** | | | **261,528.50** |
| **REED SMITH SACHNOFF & WEAVER**<br>**Attn: James T. Hultquist**<br>**10 South Wacker Drive**<br>**Chicago, IL 60606** | **REED SMITH SACHNOFF & WEAVER**<br>**Attn: James T. Hultquist**<br>**10 South Wacker Drive**<br>**Chicago, IL 60606**<br>**(312) 207-1000** | | | **207,509.89** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Bridgeview Aerosol, LLC; AeroNuevo, LLC; and UsAerosols, LLC**    Case No. _____

Debtor(s)

## CONSOLIDATED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| INTERSTATE CHEMICAL COMPANY<br>Attn: Mike Quinn<br>7025 Reliable Parkway<br>Cleveland, OH 44193-1573 | INTERSTATE CHEMICAL COMPANY<br>Attn: Mike Quinn<br>7025 Reliable Parkway<br>Cleveland, OH 44193-1573<br>(800) 647-3133 | | | 193,446.82 |
| LASER TOOL, INC.<br>Attn: Chris Minnis<br>17763 State Hwy 198, PO Box 728<br>Saegertown, PA 16433 | LASER TOOL, INC.<br>Attn: Chris Minnis<br>17763 State Hwy 198, PO Box 728<br>Saegertown, PA 16433<br>(814) 763-2032 | | | 188,475.70 |
| STONE CONTAINER CORPORATION<br>Attn: Dave Zahller<br>2251 Berens Drive<br>New Lenox, IL 60451 | STONE CONTAINER CORPORATION<br>Attn: Dave Zahller<br>2251 Berens Drive<br>New Lenox, IL 60451<br>(314) 656-5286 | | | 170,727.26 |
| ASHLAND DISTRIBUTION COMPANY<br>Attn: John Kwasneski<br>8500 S. Willow Springs Rd<br>Willow Springs, IL 60480 | ASHLAND DISTRIBUTION COMPANY<br>Attn: John Kwasneski<br>8500 S Willow Springs Rd<br>Willow Springs, IL 60480<br>(631) 918-4209 | | | 166,506.72 |
| HYDRITE CHEMICAL COMPANY<br>Attn: Tom Fredrich<br>300 N. Patrick Blvd.<br>Brookfield, WI 53045 | HYDRITE CHEMICAL COMPANY<br>Attn: Tom Fredrich<br>300 N. Patrick Blvd.<br>Brookfield, WI 53045<br>(262) 792-8758 | | | 156,589.72 |
| BOND, SCHOENECK, & KING, PLLC<br>Attn: Richard Hole<br>One Lincoln Center<br>Syracuse, NY 13202 | BOND, SCHOENECK, & KING, PLLC<br>Attn: Richard Hole<br>One Lincoln Center<br>Syracuse, NY 13202<br>(315) 218-8000 | | | 149,483.30 |
| CL&D GRAPHICS<br>Attn: Ned Price<br>PO Box 644<br>Oconomowoc, WI 53066 | CL&D GRAPHICS<br>Attn: Ned Price<br>PO Box 644<br>Oconomowoc, WI 53066<br>(217) 355-7078 | | | 147,215.24 |
| PACKAGING DESIGN<br>Attn: Randy Haberman<br>101 Shore Drive<br>Burr Ridge, IL 60527 | PACKAGING DESIGN<br>Attn: Randy Haberman<br>101 Shore Drive<br>Burr Ridge, IL 60527<br>(630) 323-1354 | | | 122,318.01 |
| BERRY PLASTICS CORPORATION<br>Attn: Joe Franckowiak<br>PO Box 633485<br>Cincinnati, OH 45263 | BERRY PLASTICS CORPORATION<br>Attn: Joe Franckowiak<br>PO Box 633485<br>Cincinnati, OH 45263<br>(812) 424-9204 | | | 117,058.13 |

B4 (Official Form 4) (12/07) - Cont.

In re    **Bridgeview Aerosol, LLC; AeroNuevo, LLC; and
UsAerosols, LLC**                                         Case No. _____
_____
Debtor(s)

## CONSOLIDATED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| SUMMIT PKG. SYSTEMS INC.<br>Attn:  Denis Couture<br>400 Gay Street<br>Manchester, NH 03103 | SUMMIT PKG. SYSTEMS INC.<br>Attn:  Denis Couture<br>400 Gay Street<br>Manchester, NH 03103<br>(603) 669-5410  x130 | | | 115,443.34 |
| BATAVIA CONTAINER, INC.<br>Attn:  Clay Shaw<br>1400 Paramount Parkway<br>Batavia, IL 60510 | BATAVIA CONTAINER, INC.<br>Attn:  Clay Shaw<br>1400 Paramount Parkway<br>Batavia, IL 60510<br>(630) 879-2100 | | | 115,173.30 |
| PRECISION VALVE CORPORATION<br>Attn: Dave Hansen<br>700 Nepperhan Avenue<br>Yonkers, NY 10703 | PRECISION VALVE CORPORATION<br>Attn: Dave Hansen<br>700 Nepperhan Avenue<br>Yonkers, NY 10703<br>(914) 966-4546 | | | 97,017.36 |
| DS CONTAINERS<br>Attn:  Emil Obradovich<br>1789 Hubbard Avenue<br>Batavia, IL 60510 | DS CONTAINERS<br>Attn:  Emil Obradovich<br>1789 Hubbard Avenue<br>Batavia, IL 60510<br>(630) 482-7268 | | | 93,859.89 |
| SEAQUIST DISPENSING<br>Attn:  Craig Rand<br>1160 North Silver Lake Road<br>Cary, IL 60013 | SEAQUIST DISPENSING<br>Attn:  Craig Rand<br>1160 North Silver Lake Road<br>Cary, IL 60013<br>(847) 639-2124 | | | 86,209.54 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date _____      Signature    **/s/ Dennis Nolan**
_____
**Dennis Nolan**
**President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Bridgeview Aerosol, LLC**
_____
Debtor(s)

Case No. _____

Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **208**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **October 30, 2009**
_____

**/s/ Dennis Nolan**
_____
**Dennis Nolan/President**
Signer/Title

A.H. OFFICE COFFEE SERVICES
1151 Rohlwing Road
Rolling Meadows, IL 60008


AASSEMBLERS
2850 W. Columbus Ave
Chicago, IL 60652


ACID PRODUCTS CO., INC.
600 West 41st Street
Chicago, IL 60455


ACTION TECHNOLOGY COMPANY
Route 10 East
Clinton, IL 61727


ADMIRAL PRODUCTS
4101 W. 150th Street
Cleveland, OH 44135


ADP
100 Northwest Point Blvd.
Elk Grove Village, IL 60007


ADT SECURITY SERVICES, INC.
PO Box 371967
Pittsburgh, PA 15250


ADVANCED POLYMER, INC.
400 Paterson Plank Road
Carlstadt, NJ 07072


AEROFIL TECHNOLOGY, INC.
225 Industrial Drive
Sullivan, MO 63080


AEROSOL MACHINE PARTS CORP
40 East Farm Street
Waterbury, CT 06704


AEROSOL SPECIALTIES, LLC
189 Etowah Industrial Court
Canton, GA 30114

AG ENVIRONMENTAL PROD, LLC
P.O. Box 2047
Omaha, NE 68103-2047


AGILENT TECHNOLOGIES
2850 Centerville Road
Wilmington, DE 19808


AGILEX FLAVORS & FRAGRANCES
210 Hickory Springs Industrial Dr
Canton, GA 30115


AIRGAS NORTH CENTRAL
9100 West 47th Ave
Brookfield, IL 60513


AJ ADHESIVES, INC.
4800 Miami Street
St. Louis, MO 63116


AMERICAN LABELMARK
PO Box 46402
Chicago, IL 60646


AMERIGAS - CICERO
3501 S. Cicero Ave
Cicero, IL 60804


AMS ENVIRONMENTAL
3815 Bordeaux Drive
Hoffman Estates, IL 60192


ANCHOR FLEXIBLE PACKAGING
800 Denison Court
Bloomfield Hills, MI 48302


APEX ENGINEERING PRODUCTS
1241 Shoreline Drive
Aurora, IL 60504


APOLIS TRANSPORT, INC.
30803 S. Route 45
Peotone, IL 60468

AQUA THERM
PO Box 244
Matteson, IL 60443

ASHLAND DISTRIBUTION COMPANY
Attn: John Kwasneski
8500 S. Willow Springs Rd
Willow Springs, IL 60480

ASSEMBLIES UNLIMITED, INC.
143 Covington Drive
Bloomingdale, IL 60108

AT&T
PO Box 5019
Carol Stream, IL 60197

AT&T INTERNET SERVICES
PO Box 5016
Carol Stream, IL 60197

ATLAS COMPANIES
5050 N. River Road
Schiller Park, IL 60176

AUTOMOTIVE SPECIALTY PRODUCTS
900 17th Street, NW #300
Washington, DC 20006

AVAYA, INC.
14400 Hertz Quail Spring Parkway
Oklahoma City, OK 73134

BALL CORPORATION
Attn: Casey Dodson
1717 Gifford Road
Elgin, IL 60120

BATAVIA CONTAINER, INC.
Attn: Clay Shaw
1400 Paramount Parkway
Batavia, IL 60510

BATTERIES PLUS
105 W. Laura Drive
Addison, IL 60101


BDI
8200 South 86th Court
Justice, IL 60458


BEARING HEADQUARTERS COMPANY
2550 S. 25th Ave
Broadview, IL 60155


BEDFORD MOTORS SERVICE INC.
2600 Internationale Parkway
Woodridge, IL 60517


BELLE-AIRE FRAGRANCES, INC.
1600 Baskin Road
Mundelein, IL 60060


BERRY PLASTICS CORPORATION
Attn:  Joe Franckowiak
PO Box 633485
Cincinnati, OH 45263


BIOLOGICAL SYSTEMS, INC.
PO Box 17893
Austin, TX 78760


BLACK FLAG / THE HOMAX GROUP, INC.
Attn: Brian Halverson, Controller
200 Westerly Rd
Bellingham, WA 98226


BLUE CROSS BLUE SHIELD
300 East Randolph Street
Chicago, IL 60601


BOND, SCHOENECK, & KING, PLLC
Attn:  Richard Hole
One Lincoln Center
Syracuse, NY 13202

BOWMAN DISTRIBUTION
1301 East 9th Street, Suite 700
Cleveland, OH 44114


BRANDT TECHNOLOGIES, INC.
231 West Grand Avenue
Suite 202
Bensenville, IL 60106


BRENNTAG GREAT LAKES, LLC
52200 Eagle Way
Chicago, IL 60678


BRIDGEVIEW CHAMBER
7300 W. 87th Street
Bridgeview, IL 60455


BRS AND ASSOCIATES, INC.
20 E. Jefferson Street, Suite 26
Naperville, IL 60540


BRUSKE PRODUCTS
7447 Duvan Drive
PO Box 669
Tinley Park, IL 60477


BWAY CORPORATION
8200 Broadwell Road
Cincinnati, OH 45244


CALCO LTD.
960 Muirfield
Hanover Park, IL 60133


CC TECHNOLOGIES
5777 Frantz Road
Dublin, OH 43017


CDW DIRECT
PO Box 75723
Chicago, IL 60675


CHEMIR ANALYTICAL SERVICES
2672 Metro Blvd.
Maryland Heights, MO 63043

CHEMPOINT.COM
13727 Collections Center Drive
Chicago, IL 60693

CHEMTOOL INC.
8200 Ridgefield Road
Crystal Lake, IL 60012

CHICAGO MESSENGER SERVICE INC.
1600 S. Ashland Avenue
Chicago, IL 60608

CHICAGO PAINT & COATINGS ASSOC
1701 Woodfield Drive, Suite 205
Schamburg, IL 60173

CHIDLEY & PETO COMPANY
1500 West Shure Drive
Suite 245
Arlington Heights, IL 60004

CINTAS CORPORATION
6001 W. 73rd Street
Bedford Park, IL 60638

CL&D GRAPHICS
Attn: Ned Price
PO Box 644
Oconomowoc, WI 53066

COMMERCIAL FILTER SERVICES
3510 Metro Drive North
Fort Wayne, IN 46818

COMPBENEFITS INSURANCE CO.
PO Box 769849
Roswell, GA 30076

COMPLETE BUILDING MAINTENANCE
702 Western Ave
Lombard, IL 60148

CONSTELLATION NEW ENERGY
N21 W23340 Ridgeview Parkway
Waukesha, WI 53187

CONSTELLATION NEW ENERGY
1221 Lamar Street, Suite 750
Houston, TX 77010


COOK COUNTY TREASURER
118 N. Clark St. #112
Chicago, IL 60602


COVERALL OF CHICAGO
3020A Woodcreek Drive
Downers Grove, IL 60515


CRESCENT ELECTRIC
6754 W. 74th Street
Bedford Park, IL 60638


CROWN CORK & SEAL COMPANY
Attn: Brad Dahlgren
One Crown Way
Philadelphia, PA 19154


CROWN LIFT TRUCKS
430 E. Plainfield Road
LaGrange, IL 60525


CSPA
900 17th Street, NW #300
Washington, DC 20036


Design Master Color Tool Inc.
358 Arapahoe Avenue
Boulder, CO 80302


DIVERSIFIED CPC INTERNATIONAL
Attn: Paul Caponigri
24338 W Durkee Rd, Santa Fe Ind Dis
Channahon, IL 60410-0490


DOCUMENT TECHNOLOGIES,INC.
105 West Adams Street
Suite 1100
Chicago, IL 60603

DOUGLAS HURST
2107 DEBBIE COURT
Naperville, IL 60565


DS CONTAINERS
Attn: Emil Obradovich
1789 Hubbard Avenue
Batavia, IL 60510


DUBUQUE PLASTICS, INC.
19263 Ken Court
East Dubuque, IL 61025


DUN AND BRADSTREET
PO Box 75434
Chicago, IL 60675-5434


ELITE STAFFING INC.
Slot 302157
PO Box 66973
Chicago, IL 60666-0973


EMCO CHEMICAL DISTRIBUTORS
Attn: Marty Locke
2100 Commonwealth Ave, PO Box 1030
N. Chicago, IL 60064


ENGLEWOOD
3939 South Karlov Ave.
Chicago, IL 60632


FEDEX
PO Box 94515
Palatine, IL 60094-4515


FEDEX FREIGHT
4103 Collections Center Drive
Chicago, IL 60693


FIBER SHIELD INDUSTRIES, INC.
26 Old Dock Road
Yaphank, NY 11980

FIDELITY INSTITUTIONAL
PO Box 73307
Chicago, IL 60673-7307


FILTER TECHNOLOGY
3150 West 36th Place
Chicago, IL 60632


FLEURIN FRAGRANCES
PO Box 11106
Greenwich, CT 06831-1106


GARVEYS OFFICE PRODUCTS
7500 N. Caldwell Ave.
Niles, IL 60714


GENERAL CONVERTING, INC.
250 W. Crossroads Parkway
Bolingbrook, IL 60440


GEORGIA IRONS
1439 W GARFIELD BLVD
Second Floor
Chicago, IL 60636


GLITTEREX CORP.
7 Commerce Drive
Cranford, NJ 07016


GOLD EAGLE
4400 S. Kildare
Chicago, IL 60632


GRAINGER
DEPT. 801613639
Palatine, IL 06003-8001


GREGORY ENTERPRISES, INC.
P.O. BOX 382
Crystal Lake, IL 60039-0382


GREIF INC.
PO BOX 88879
Chicago, IL 60695-1879

GRR AEROSOLS
P.O. BOX 752114
Charlotte, NC 28275-2114

GULF-GREAT LAKES PKG. CORP.
1040 MARYLAND AVE.
Dolton, IL 60419

HARCROS
4330 GERALDINE AVENUE
Saint Louis, MO 63115

HARRIS EQUIPMENT COMPANY
2010 N. RUBY STREET
Melrose Park, IL 60160

HENKEL CORPORATION
32100 STEPENSON HIGHWAY
Madison Heights, MI 48071

HOMAX GROUP
200 Westerly Road
Bellingham, WA 98226

HYDRITE CHEMICAL COMPANY
Attn: Tom Fredrich
300 N. Patrick Blvd.
Brookfield, WI 53045

IAN GECKER & ASSOCIATES
10300 West Charleston Blvd. 13-183
Las Vegas, NV 89135

IFM EFECTOR,INC
782 SPRINGDALE DRIVE
Exton, PA 19341

ILLINOIS MANUFACTURER S ASSOC.
1301 W 22ND STREET
STE 610
Oak Brook, IL 60523

ILLINOIS STATE FIRE MARSHAL
1035 Stevenson Drive
Springfield, IL 62703

IN PAC
825A MOHR AVENUE
Waterford, WI 53185


INLANDER BROTHERS, INC.
7701 S. CLAREMONT AVE.
Chicago, IL 60620


INNERPAC, INC.
1942 S. LARAMIE
Cicero, IL 60804


INTERSTATE CHEMICAL COMPANY
Attn: Mike Quinn
7025 Reliable Parkway
Cleveland, OH 44193-1573


ISP TECHNOLOGIES
88076 EXPEDITE WAY
Chicago, IL 60695-0001


ITW PLASTIC PACKAGING SYSTEMS
2150 Q. SO. HWY 45/52
Kankakee, IL 60901


ITW SEXTON
36868 TREASURY CENTER
Chicago, IL 60694-6800


J & M FORKLIFT
119 E. BURRVILLE ROAD
Crete, IL 60417


JOHN CLARK
HANCOCK & ESTABROOK, LLP
1500 AXA TOWER I, 100 MADISON ST
Syracuse, NY 13202


JOHN ROMANO
23 GARDEN STREET
Scipio Center, NY 13147


JOLIET JUNIOR COLLEGE
1215 HOUBOLT ROAD
Joliet, IL 60431-8938

K.C. FLUID POWER
PO BOX 15322
Kansas City, KS 66115


KASKOR INDUSTRIES, INC.
1431 POST CT
Decatur, IL 62521-3751


KELLY SERVICES INC.
1212 Solutions Center
Chicago, IL 60677


KEY EQUIPMENT FINANCE
P.O. BOX 74713
Cleveland, OH 44194-0796


Key Equipment Finance Inc.
Attn: UCC Dept.
3075 Highland Parkway
Downers Grove, IL 60515


KEY WEST METAL INDUSTRIES
13831 S. KOSTNER AVE.
Crestwood, IL 60445


KIRKPATRICK & LOCKHART PRESTON
HENRY W. OLIVER BUILDING
535 Smithfield St.
Pittsburgh, PA 15222


KNIGHT PLASTICS
P.O. BOX 633485
Cincinnati, OH 45263-3485


LABEL MASTERS TECH SERVICES
6969 MCNERNEY ROAD
Northwood, OH 43619


LASER TOOL, INC.
Attn: Chris Minnis
17763 State Hwy 198, PO Box 728
Saegertown, PA 16433

LINDA ROMANO
501 MAIN STREET
Utica, NY 13501


LINDE, INC.
575 MOUNTAIN AVENUE
New Providence, NJ 07974-2097


LUBRIZOL CORP.
3013 SOLUTION CENTER
Chicago, IL 60678


MACNEAL PHYSICIANS GROUP, LLC
6645 Payshere Circle
Chicago, IL 60674


MAROON, INC.
1390 Jaycox Road
Avon, OH 44011


MASTER IMPRESSIONS INC.
1380 Nagel Boulevard
Batavia, IL 60510


MCLARENS YOUNG INTERNATIONAL
180 Montgomery Street
Suite 2100
San Francisco, CA 94104


MCMASTER CARR SUPPLY
PO Box 7690
Chicago, IL 60680


MEYER INDUSTRIAL CONTAINER
610 W. 81st Street
Chicago, IL 60620


MIDCO ELECTRIC SUPPLY
7237 West 90th Place
Bridgeview, IL 60455


MIRACLE PRESS CO.
2951 West Carroll Avenue
Chicago, IL 60612

MONTFORD A JOHNSON & ASSOC
26 SHERAL DRIVE
DANVILLE, IL 61832


MULTICOLOR SPECIALTIES, INC.
39504 Treasury Center
Chicago, IL 60694


MUTUAL OF OMAHA INSURANCE
Mutual of Omaha Plaza
Omaha, NE 68175


NETWORK IT EASY, INC.
5401 Patton Drive, Suite #120
Lisle, IL 60532


NEWMAN-GREEN, INC.
57 Interstate Road
Addison, IL 60101


NORTH SHORE UNIFORM
4005 Golf Road
Skokie, IL 60076


NORTHERN CONTAINER
5200 W. 73rd Street
Bedford Park, IL 60638


NPCA
1500 Rhode Island Ave NW
Washington, DC 20005


OFFICE DEPOT
PO Box 630813
Cincinnati, OH 45263


ORKIN PEST CONTROL
603 E. Diehl Road, Suite 124
Naperville, IL 60563


PACIFIC TELEMANAGEMENT SERVICE
2175 N. California Boulevard
Suite 400
Walnut Creek, CA 94596

PACKAGING DESIGN
Attn:  Randy Haberman
101 Shore Drive
Burr Ridge, IL 60527


PALMER HOLLAND, INC.
24950 Country Club Boulevard
Suite 400
North Olmstead, OH 44070


PARK PRINTING
9903 S. Roberts Road
Palos Hills, IL 60465


PAUL LISIECKI
13130 S 86TH AVENUE
Palos Park, IL 60464


PENN COLOR, INC.
400 Old Dublin Pike
Doylestown, PA 18901


PENNOCK COMPANY
ATTN: ROBERT BILLINGS
3601 ISLAND AVE.
PHILADELPHIA, PA 19153


PETER BECOLA
2506 Timber Lane
Lindenhurst, IL 60046


PETRO-CANADA
980 North Michigan Avenue
Suite 1400, #1431
Chicago, IL 60611


PRECISION VALVE CORPORATION
Attn: Dave Hansen
700 Nepperhan Avenue
Yonkers, NY 10703


PREMIER DELIVERY INC.
8455 South 77th Avenue
Bridgeview, IL 60455

PREMIUM FINANCING SPECIALIST
22432 Network Place
Chiacgo, IL 60673


Prestone Products Corporation
A Subsidiary of Honeywell Intl, Inc
39 Old Ridgebury Road
Danbury, CT 06810


PT HUTCHINS COMPANY LTD.
901 Stimson Avenue
City of Industry, CA 91745


QLC, INC.
537 Progress Drive
Hartland, WI 53029


QUADSIMIA
587 Main Street
New York Mills, NY 13417


R&G  LEASING, INC.
16642 Windsor Court
Lemont, IL 60439


R&K MAINTENANCE, INC.
8392 S. 77th Avenue
Bridgeview, IL 60455


R.V. EVANS
2325 E. Logan Street
Decatur, IL 62526


RED WING SHOE INDUSTRIAL
7059 W. Cermak
Berwyn, IL 60402


REED SMITH SACHNOFF & WEAVER
Attn: James T. Hultquist
10 South Wacker Drive
Chicago, IL 60606


RICHARDSON & EDWARDS PRINTERS
1110 W. National Ave
Addison, IL 60101

RITA CORPORATION
8011 Solutions Center
Chicago, IL 60677


SCHLENK-BOTH METALLIC PIGMENTS
40 Nickerson Road
Ashland, MA 01721


SEA-LAND CHEMICAL CO.
821 Westpoint Parkway
Westlake, OH 44145


SEAQUIST DISPENSING
Attn: Craig Rand
1160 North Silver Lake Road
Cary, IL 60013


SERVICE PALLET, INC.
500 Overland Drive
North Aurora, IL 60542


SOUTHWEST WAX, LLC.
210 Commons Road
Utica, NY 13502


SPRAY PRODUCTS CORP
1323 Conshohocken Road
Plymouth Meeting, PA 19462


STERLING COMMERCE CVG
PO BOX 73199
Chicago, IL 60673


STONE CONTAINER CORPORATION
Attn: Dave Zahller
2251 Berens Drive
New Lenox, IL 60451


SUMMIT PKG. SYSTEMS INC.
Attn: Denis Couture
400 Gay Street
Manchester, NH 03103

SUPERIOR GRAPHITE
10 SOUTH RIVERSIDE PLAZA
Chicago, IL 60606


SYMRISE, INC.
300 North Street
Teterboro, NJ 07608


TAURUS DISPLAY
1249 Glen Ave
Moorestown, NJ 08057


TELEGRATION, INC.
P.O. BOX 3010
Birmingham, MI 48012-3010


TEMPLE-INLAND COMPANY
824 Raymond Street
Elgin, IL 60120


TH HILSON COMPANY
1761 S. NAPERVILLE ROAD
Suite 100
Wheaton, IL 60189


THE BERNS CORPORATION
4270 Lee Ave
Gurnee, IL 60031


THE CARY COMPANY
1195 W. Fullerton
PO Box 403
Addison, IL 60101


THE FOUNTAINHEAD GROUP, INC.
ATTN: DANIEL O'TOOLE
23 GARDEN ST.
New York Mills, NY 13417


THE KAYES COMPANY
643 BEAR RUN LANE
Lewis Center, OH 43035

THE MANAGEMENT ASSOC OF ILL
2809 S. 25TH AVENUE
Broadview, IL 60155


THE MANAGEMENT ASSOCIATION
1400 Opus Place, Suite 500
Downers Grove, IL 60515


TIM-BAR CORPORATION
201 S. College Avenue
New Oxford, PA 17350


TRUST MACHINING
8430 S. 77th Avenue
Bridgeview, IL 60455


UNICARE
233 S. WACKER Suite 3900
Chicago, IL 60606


UNIVAR CHICAGO
8500 West 68th Street
Bedford Park, IL 60501


USF HOLLAND INC.
750 East 40th Street
Holland, MI 49422


V.I.M. RECYCLERS, L.P.
920 Rathbone Avenue
Aurora, IL 60506


VI-CAS MANUFACTURING CO.
8407 Monroe Avenue
Cincinnati, OH 45236


VIDEOJET
1500 Mittel Boulevard
Wood Dale, IL 60191


VILLAGE OF BRIDGEVIEW
7500 S. Oketo Ave
Bridgeview, IL 60455

W.C. RICHARDS COMPANY
3555 W. 123RD STREET
Alsip, IL 60803


WASTE MANAGEMENT OF ILLINOIS
1411 Opus Place, Suite 400
Downers Grove, IL 60515


Wells Fargo Bank, NA
Attn: Kathryn Williams
230 West Monroe, Suite 200
Chicago, IL 60606


WILKENS ANDERSON COMPANY
4525 West Division
Chicago, IL 60651


WORD PROCESSING INDUSTRIES INC
4545 N. Ravenswood Avenue
Chicago, IL 60640


YOUNGSTOWN PRE-PRESS, INC.
3691 LeHarps Road
Youngstown, OH 44515


YRC
PO Box 471
Akron, OH 44309

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Bridgeview Aerosol, LLC**

Debtor(s)

Case No.

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Bridgeview Aerosol, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 30, 2009**

Date

**/s/ Steven B. Towbin**

**Steven B. Towbin (#2848546)**

Signature of Attorney or Litigant
Counsel for   **Bridgeview Aerosol, LLC**

**Shaw Gussis et al**
**321 N. Clark Street**
**Suite 800**
**Chicago, IL 60654**
**312-541-0151 Fax:312-980-3888**