# Supplemental Exhibit to Bridgeview Aerosol, LLC's Emergency Motion for the Entry of an Order (1) Authorizing Payment of Certain Prepetition Employee Obligations; (2) Authorizing the Continuation of Employee Benefit Plans; and (3) Directing All Banks to Honor Prepetition Checks for Payment of Prepetition Employee Obligations

ACCRUED PAYROLL thru 10/30/09

**Through 10/30/2009**

| Employee Name | Shift | Hire Date | Outstanding Wages |
|---|---|---|---|
| Jeanne Mainczyk | 53 | 10/19/1993 | 598.67 |
| Pamela Clair | 53 | 01/24/1995 | 588.92 |
| **Department 53** | | | **1,187.59** |
| | | | |
| Lucius Cotton | 62a | 03/10/1975 | 855.60 |
| Jaime Mariscal | 62a | 10/08/1979 | 823.25 |
| Gustavo Chavez, Jr. | 62a | 10/15/2001 | 702.18 |
| Tony Davis | 62a | 01/28/2002 | 740.48 |
| Danny Cullins | 62a | 03/13/2002 | 742.44 |
| Josh Hughes | 62a | 07/05/2006 | 715.60 |
| Jude Diaz | 62b | 06/16/1997 | 774.80 |
| Charles Jones | 62b | 06/16/1997 | 725.20 |
| **Department 62** | | | **6,079.55** |
| | | | |
| Thomas Regan | 71a | 02/02/1976 | 1,121.75 |
| Susan Hurley | 71a | 04/24/1979 | 998.99 |
| Michael Brengard | 71a | 12/02/1985 | 1,041.44 |
| Kenneth Fuhri | 71a | 01/13/1986 | 1,066.91 |
| Patrick McMahon | 71a | 07/27/1987 | 1,007.48 |
| Dan Wolf | 71a | 09/03/1991 | 982.01 |
| Sherman Martin | 71a | 08/16/1999 | 998.99 |
| Sherry Seydlitz | 71a | 08/24/1999 | 851.28 |
| Bruce Maduzia | 71a | 07/09/2007 | 898.46 |
| Chris Valiunas | 71a | 09/24/2007 | 692.61 |
| Anthony Bolden | 71b | 08/18/1986 | 1,269.55 |
| Jeremiah Jenkins | 71b | 08/03/1987 | 917.60 |
| Bernard Clark | 71b | 08/31/1987 | 917.60 |
| Adam Dorsey | 71b | 10/24/1994 | 915.20 |
| Regan Packwood | 71b | 01/29/2001 | 693.72 |
| Robert White | 71b | 06/28/1999 | 655.68 |
| Roy Davis | 71b | 08/16/1999 | 727.60 |
| Julius Wade | 71b | 10/03/1999 | 917.60 |
| Juana Ramirez | 71b | 09/11/2000 | 868.00 |
| Tyrone Neal | 71b | 09/05/2006 | 678.42 |
| Theodis Lofton | 71b | 06/23/2008 | 576.00 |
| **Department 71** | | | **18,796.89** |
| | | | |
| Gregory Jasinski | 72a | 03/12/1973 | 691.20 |
| Frank Mendoza | 72a | 07/25/1983 | 671.20 |
| Sharon Monari | 72a | 09/14/1987 | 617.60 |
| Beverly Frazier | 72a | 12/12/1988 | 671.20 |
| Joseph Riley | 72a | 10/02/1990 | 671.20 |
| Mark Sturlis | 72a | 11/18/1996 | 640.76 |
| Sandra Maldonado | 72a | 06/06/1997 | 640.76 |
| Laura Leatherman | 72a | 11/05/1999 | 734.13 |

| Name | Code | Date | Amount |
|---|---|---|---|
| Ana Avila | 72a | 11/17/2003 | 592.80 |
| Elizabeth Avila | 72a | 11/17/2003 | 671.20 |
| Lynda Poe | 72b | 08/31/1987 | 683.20 |
| Shirley Liggin | 72b | 01/02/1991 | 683.20 |
| **Department 72** | | | 7,968.45 |
| Alan Yazumbek | 73a | 10/08/1979 | 658.52 |
| Belinda Knox | 73a | 03/31/1986 | 513.57 |
| Marjorie Hammar | 73a | 09/09/1987 | 533.76 |
| San Juana Jimenez | 73a | 07/30/1990 | 658.52 |
| Nelly Sanchez | 73a | 10/22/1990 | 513.57 |
| Janet Sebestl | 73a | 10/22/1990 | 508.80 |
| Virgenmina Lopez | 73a | 10/18/1993 | 650.04 |
| Chuanpit Klinhom | 73a | 10/18/1993 | 508.80 |
| Patricia Fisher | 73a | 03/06/1995 | 508.80 |
| Betty McLain | 73a | 03/06/1995 | 535.84 |
| Ted Peterson | 73a | 03/06/1995 | 547.76 |
| Patty Gonzalez | 73a | 12/15/1997 | 706.74 |
| Leslie Rogers | 73a | 08/16/1999 | 513.57 |
| Javier Rojas | 73a | 08/26/2002 | 707.45 |
| Sandra Alvarez | 73a | 11/06/2006 | 513.57 |
| Efren Muro | 73a | 11/06/2006 | 513.57 |
| Olga Muro | 73a | 11/06/2006 | 586.40 |
| Maria Rojas | 73a | 11/06/2006 | 508.80 |
| Matilde Soto | 73a | 06/23/2008 | 476.83 |
| Mary Andrews | 73b | 05/15/1990 | 520.80 |
| Etter McCauley | 73b | 12/02/1996 | 656.00 |
| Bonnitta Atton | 73b | 01/05/1998 | 416.64 |
| Joe Frazier | 73b | 08/16/1999 | 1,069.60 |
| Sue Szczender | 73b | 08/16/1999 | 520.80 |
| Chuck Kleinmark | 73b | 08/16/1999 | 664.40 |
| John Luczynski | 73b | 03/06/2000 | 606.27 |
| Ralph Aguilar | 73b | 11/26/2000 | 520.80 |
| George Augustinius | 73b | 02/25/2002 | 664.40 |
| Magdalena Gaytan | 73b | 02/25/2002 | 520.80 |
| Tom Dugdale | 72b | 06/12/2002 | 589.00 |
| Wilma Guzman | 73b | 08/26/2002 | 520.80 |
| Gilberto Alegria | 73b | 10/24/2005 | 664.40 |
| Ed Luczynski VAC | 73b | 10/24/2005 | 518.40 |
| Mary Farina | 73b | 10/24/2005 | 656.00 |
| Beatrice Berry VAC | 73b | 10/24/2005 | 622.56 |
| Ricky Paz | 73b | 11/06/2006 | 648.96 |
| Graciela Palos | 73b | 11/06/2006 | 416.64 |
| Renee Acker | 73a | 11/20/2006 | 559.08 |
| Sandra Rubio | 73b | 06/23/2008 | 371.20 |
| Gabriella Palos | 73b | 06/23/2008 | 371.20 |
| Bobbie King | 73b | 06/23/2008 | 464.00 |
| Gerry Jackson | 73b | 06/23/2008 | 512.40 |
| Iranna Nelson | 73b | 06/23/2008 | 500.40 |
| **Department 73** | | | 24,240.46 |
| Walter Packwood | 74a | 12/12/1988 | 1,105.56 |

| | | | |
|---|---|---|---:|
| **Department 74** | | | 1,105.56 |
| Andre Boyd | 75a | 01/16/1984 | 905.60 |
| Donald Pena | 75a | 06/17/1985 | 595.08 |
| Eugene Bonk | 75a | 09/26/1988 | 1,065.60 |
| Quinthon Gillison | 75a | 01/29/1990 | 1,036.39 |
| Rodney Alber | 75a | 02/26/1990 | 945.60 |
| Johnnie White | 75a | 04/16/1990 | 627.64 |
| Gil Conde Jr. | 75b | 03/28/1999 | 905.60 |
| Charles Lafrances | 75a | 09/21/1999 | 905.60 |
| Joe Moek | 75a | 11/24/2003 | 914.09 |
| George Dascalu | 75b | 12/02/1996 | 835.66 |
| Michael Cercone | 75b | 11/05/2001 | 1,029.42 |
| Eric Byrd | 75b | 07/09/2007 | 917.60 |
| Jeff Bartels | 75b | 12/15/2008 | 846.30 |
| Eddie Mazzocchi | 75c | 01/31/1996 | 940.92 |
| Glen Papineau | 75c | 09/22/1999 | 963.60 |
| **Department 75** | | | 13,434.70 |
| Georgia Irons | 76a | 08/16/1999 | 623.39 |
| Celeste Paternoster | 76a | 07/17/2000 | 629.18 |
| Karecia Miller VAC | 76a | 10/15/2002 | 617.60 |
| Dennis Carlisle | 76b | 02/25/2002 | 618.80 |
| Barbara Bell | 76b | 06/26/2006 | 629.60 |
| **Department 76** | | | 3,118.57 |
| | 150 | **TOTALS** | 75,931.77 |

## CERTIFICATE OF SERVICE

Steven B. Towbin certifies that he caused to be served a true copy of the above and foregoing **Supplemental Exhibit to Bridgeview Aerosol, LLC's Emergency Motion for the Entry of an Order (1) Authorizing Payment of Certain Prepetition Employee Obligations; (2) Authorizing the Continuation of Employee Benefit Plans; and (3) Directing All Banks to Honor Prepetition Checks for Payment of Prepetition Employee Obligations** upon the attached Service List via ECF Notice and via U.S. Mail on this 5th day of November, 2009.

/s/ Steven B. Towbin

# Mailing Information for Case 09-41021

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive e-mail notices for this case.

- Kimberly A Bacher    kbacher@shawgussis.com
- Kurt M Carlson    kcarlson@muchshelist.com, dmyer@muchshelist.com
- Jeffrey L. Gansberg    jgansberg@muchshelist.com
- Douglas J. Lipke    dlipke@vedderprice.com, ecfdocket@vedderprice.com
- Micah Marcus    mmarcus@kirkland.com
- William T Neary    USTPRegion11.ES.ECF@usdoj.gov
- Norman B Newman    nnewman@muchshelist.com
- Mark L Radtke    mradtke@shawgussis.com, dkrasa-berstell@akingump.com
- William W Thorsness    wthorsness@vedderprice.com
- Steven B Towbin    stowbin@shawgussis.com

{000 CER A0245615.DOC}

## SERVICE LIST

John Clark
Hancock & Estabrook, LLP
1500 AXA Tower I
100 Madison Street
Syracuse, New York 13202

James C. Joslin
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

William T. Neary
United States Trustee
219 S. Dearborn Street, Suite 873
Chicago, Illinois 60604

Linda Romano
501 Main Street
Utica, NY 13501

Daniel O'Toole
23 Garden Street
New York Mills, NY 13417

Dennis Nolan
8470 South 77th Avenue
Bridgeview, IL 60455

Norm Newman
Much Shelist
191 North Wacker Drive, Suite 1800
Chicago, IL 60606-1615

**Secured Creditors**

Design Master Color Tool Inc.
358 Arapahoe Avenue
Boulder, CO 80302

Key Equipment Finance Inc.
Attn: UCC Dept.
3075 Highland Parkway
Downers Grove, IL 60515

Prestone Products Corp.
A Subsidiary of Honeywell Intl, Inc.
39 Old Ridgebury Road
Danbury, CT 06810

Wells Fargo Bank, NA
Attn: Kathryn Williams
230 West Monroe, Suite 200
Chicago, IL 60606

Cook County Treasurer
118 N. Clark St. #112
Chicago, IL 60602

{000 CER A0245615.DOC}