# United States Bankruptcy Court
## Northern District of Illinois

In re    **Bridgeview Aerosol, LLC**
_____
                            Debtor

Case No. __09-41021__

Chapter __11__

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| John F. Romano<br>PO Box 218<br>New York Mills, NY 13417 | | | 92.0% Equity Ownership of Parent Company UsAerosols, LLC |
| Linda E. Romano<br>501 Main Street<br>Utica, NY 13501 | | | 8.0% Equity Ownership of Parent Company UsAerosols, LLC |
| UsAerosols, LLC<br>601 Main Street<br>Utica, NY 13501 | | 100% Equity Ownership | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __December 2, 2009__          Signature _____
                                   Dennis Nolan
                                   President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

__0__ continuation sheets attached to List of Equity Security Holders