UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BRIDGEVIEW AEROSOL, LLC, *et al.*, | ) | Case No. 09-41021 |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## NOTICE OF FILING

TO: CM/ECF Service List

**PLEASE TAKE NOTICE** that on **January 15, 2010**, the undersigned caused to be filed with the Clerk of the United State Bankruptcy Court for the Northern District of Illinois, **Aeronuevo, LLC's Summary of Cash Receipts and Cash Disbursements for the Month Ending December 31, 2009,** a copy of which is attached and herewith served upon you.

Dated: January 15, 2010                Respectfully submitted,

                                       USAEROSOLS, LLC

                                       By:   */s/ Steven B. Towbin*
                                             One of Its Attorneys

Steven B. Towbin (# 2848546)
Mark L. Radtke (# 6275738)
Kimberly Bacher (# 6285677)
Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60610
(312) 541-0151 telephone
(312) 980-3888 facsimile

## CERTIFICATE OF SERVICE

Steven B. Towbin certifies that service of the above and foregoing notice and attached **Aeronuevo, LLC's Summary of Cash Receipts and Cash Disbursements for the Month Ending December 31, 2009** was accomplished through the Electronic Notice for Registrants on the CM/ECF service list this 15th day of January, 2010.

                                                    */s/ Steven B. Towbin*

{7270 MSC A0250923.DOC}

# Mailing Information for Case 09-41021

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive e-mail notices for this case.

- Kimberly A Bacher    kbacher@shawgussis.com
- Kurt M Carlson    kcarlson@muchshelist.com, dmyer@muchshelist.com
- Jerome F Crotty    jcrotty@rieckcrotty.com, bhenry@rieckcrotty.com
- Jeffrey L. Gansberg    jgansberg@muchshelist.com
- Douglas J. Lipke    dlipke@vedderprice.com, ecfdocket@vedderprice.com
- Micah Marcus    mmarcus@kirkland.com
- Henry B. Merens    hbm@ag-ltd.com
- William T Neary    USTPRegion11.ES.ECF@usdoj.gov
- Norman B Newman    nnewman@muchshelist.com
- Mark L Radtke    mradtke@shawgussis.com, bharrington@shawgussis.com
- Adam P. Silverman    asilverman@ag-ltd.com
- Roman Sukley    USTPRegion11.es.ecf@usdoj.gov, roman.l.sukley@usdoj.gov;cameron.g.gulden@usdoj.gov
- Martin D. Tasch    mtasch@taschlaw.com
- William W Thorsness    wthorsness@vedderprice.com
- Steven B Towbin    stowbin@shawgussis.com

{7270 MSC A0250923.DOC}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Aeronuevo,LLC                    CASE NO. 09-41029

### SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending        December 31,2009

| | |
|---|---|
| BEGINNING BALANCE IN ALL ACCOUNTS | $            - |
| **RECEIPTS:** | |
| 1. Receipts from operations | $            - |
| 2. Other Receipts | |
| **DISBURSEMENTS:** | |
| 3. Net Payroll: | |
|   a. Officers | |
|   b. Others | $            - |
| 4. Taxes | |
|   a. Federal Income taxes | $            - |
|   b. FICA Withholdings | $            - |
|   c. Employee's withholdings | |
|   d. Employer's FICA | $            - |
|   e. Federal Unemployment Taxes | $            - |
|   f. State Income Tax | $            - |
|   g. State Employee withholdings | |
|   h. All other state taxes | $            - |
| 5. Necessary Expenses | |
|   a. Rent or mortgage payments(s) | $            - |
|   b. Utilities | $            - |
|   c. Insurance | $            - |
|   d. Merchandise bought for manufacture or sale | $            - |
|   e. Other necessary expenses (specify) | $            - |
| TOTAL DISBURSEMENTS | $            - |
| NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD | $            - |
| ENDING BALANCE IN _____ (Name of Bank) | $            - |
| ENDING BALANCE IN _____ (Name of Bank) | |
| ENDING BALANCE IN ALL ACCOUNTS | $            - |

OPERATING REPORT Page 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Aeronuevo,LLC   CASE NO.: 09-41029

RECEIPTS LISTING

FOR MONTH ENDING   December 31,2009

Bank: Wells Fargo

Location:

Account Name:

Account No.:

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| | **None** | |
| | TOTAL: | $ - |

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

OPERATING REPORT Page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Aeronuevo,LLC  CASE NO.: 09-41029

<u>DISBURSEMENT LISTING</u>

FOR MONTH ENDING    December 31,2009

Bank: Wells Fargo

Location: San Francisco,CA

Account Name: Bridgeview Aerosol,LLC

Account No.:

<u>DATE RECEIVED</u>  <u>CHECK NO.</u>  <u>DESCRIPTION</u>                                  <u>AMOUNT</u>

None

TOTAL: $            -

You must create a separate list for each bank account from which disbursements were made during the month.

OPERATING REPORT Page 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME:     Aeronuevo,LLC     CASE NO.:     09-41029

FOR MONTH ENDING     December 31,2009

## STATEMENT OF INVENTORY

| | |
|---|---|
| Beginning Inventory | $ - |
| Add: purchases | $ - |
| Less: goods sold (cost basis) | $ - |
| Ending Inventory | $ - |

## PAYROLL INFORMATION STATEMENT

| | |
|---|---|
| Gross payroll for this period | $ - |
| Payroll taxes due but unpaid | $0 |

### STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/Lessor | Date regular payment is due | Amount of regular payment | Number of payments Delinquent* | Amount of payments Delinquent* |
|---|---|---|---|---|
| | | | | |

*Inlude only post-petition payments.

OPERATING REPORT Page 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME:        Aeronuevo,LLC          CASE NO.:        09-41029

          FOR MONTH ENDING      December 31,2009

STATEMENT OF AGED RECEIVABLES

ACCOUNTS RECEIVABLE:

| | |
|---|---|
| Beginning of Month Balance | $         - |
| Add: sales on account | $         - |
| Less: collections | $         - |
| End of Month Balance | $         - |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $     - | $     - | $     - | $     - | $     - |

STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)

| | |
|---|---|
| Beginning of Month Balance | $0 |
| Add: credit extended | $0 |
| Less: payments on account | $0 |
| End of Month Balance | $0 |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $     - | $     - | $     - | $     - | $     - |

ITEMIZE ALL POST-PETITION PAYABLES OVER 30 DAYS OLD ON A SEPARATE SCHEDULE AND
FILE WITH THIS REPORT

OPERATING REPORT Page 5

OPERATING REPORT Page 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: ___AERONUEVO LLC___ CASE 09-41029 NO.:

FOR MONTH ENDING __December 31__, 20_09_

### TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.

| | | | | |
|---|---|---|---|---|
| 1. | Federal Income Taxes | Yes ( ) | No ( ) | N A |
| 2. | FICA withholdings | Yes ( ) | No ( ) | " |
| 3. | Employee's withholdings | Yes ( ) | No ( ) | " |
| 4. | Employer's FICA | Yes ( ) | No ( ) | " |
| 5. | Federal Unemployment Taxes | Yes ( ) | No ( ) | " |
| 6. | State Income Tax | Yes ( ) | No ( ) | " |
| 7. | State Employee withholdings | Yes ( ) | No ( ) | " |
| 8. | All other state taxes | Yes ( ) | No ( ) | " |

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of last payment.

OPERATING REPORT Page 6

| Amount (Form 940 | Date of Deposit | EFTPS acknowledgment number or Form 8109 FTD received by: |
|---|---|---|
| Depositor's Employer Identification Number: | | Name and Address of Bank |
| Under penalties of perjury, I certify that the above federal tax deposit information is true and correct | | |
| Signed: | Date: | |
| Name and Title (print or type) | | |

Cat. #43099Z                                         Form 6123 (rev. 06-97)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

## DECLARATION UNDER PENALTY OF PERJURY

I, _Richard J. Bannon_, acting as the duly authorized agent for the Debtor In Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

_____
For the Debtor In Possession (Trustee)

Print or type name and capacity of person signing this Declaration:

_Richard J. Bannon_
_Controller, Bridgeview Aerosol_