UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BRIDGEVIEW AEROSOL, LLC, *et al.*, | ) | Case No. 09-41021 |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Hon. Pamela S. Hollis |

**ORDER AUTHORIZING USE OF CASH COLLATERAL THROUGH
FEBRUARY 5, 2010 AND GRANTING ADEQUATE PROTECTION**

Upon further interim consideration of the amended motion [Docket No. 39] (the "Amended Motion") of Bridgeview Aerosol, LLC ("BVA"), AeroNuevo, LLC ("AeroNuevo") and USAerosols, LLC ("USAerosols" and collectively, the "Debtors") requesting this Court's authorization to use the cash collateral of Wells Fargo Bank, National Association ("WFB") pursuant to 11 U.S.C. § 363(c)(2) and Fed. R. Bankr. P. 4001; due and proper notice of the Amended Motion and the proposed Fourth Interim Order Authorizing Use of Cash Collateral and Granting Adequate Protection (the "Proposed Order") having been given to all parties entitled thereto; an interim hearing having been held on the Proposed Order and the Amended Motion pursuant to the provisions of Fed. R. Bankr. P. 4001(c)(2); the Court having heard the statements of counsel for the Debtors and WFB at the interim hearing; and the Court having considered all relevant matters related thereto and being otherwise fully advised in the premises; IT IS HEREBY ORDERED:

1. The Debtors' authority to use Cash Collateral pursuant to § 363(c) of the Bankruptcy Code subject to the terms and conditions set forth in the Third Interim Order Authorizing Use of Cash Collateral and Granting Adequate Protection entered by this Court on December 18, 2009 [Docket No. 102] (the "Third Interim Order"), and consistent with the terms of the exiting budget, shall extend through February 5, 2010, unless subsequently extended by written agreement of the Debtors and WFB or by further order of this Court.

{7270 ORD A0251405.DOC 2}

2. Each of WFB and the Committee shall have until January 29, 2010 at 4:00 p.m. (Central time) to file and serve (in accordance with the Third Interim Order) its objection, if any, to the Proposed Order.

3. In the event that WFB or the Committee files an objection to the Proposed Order, the Debtors and any other parties in interest may file a reply to such objection on or before February 2, 2010 at 4:00 p.m.

4. This Court shall conduct a further hearing on the Proposed Order on February 4, 2010 at 1:30 p.m., which shall be an evidentiary hearing if WFB's and the Committee's objections, if any, are not resolved before such hearing.

ENTER:

Dated: **JAN 2 6 2010**

Pamela S. Hollis
United States Bankruptcy Judge

**_Prepared By_**:

Steven B. Towbin (#2848546)
Mark L. Radtke (#6275738)
Kimberly Bacher (#6285677)
Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654
(312) 541-0151  telephone
(312) 980-3888  facsimile

*Counsel for Debtors*