# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BRIDGEVIEW AEROSOL, LLC, *et al.*, | ) | Case No. 09-41021 |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Hon. Pamela S. Hollis |

## ORDER AUTHORIZING USE OF CASH COLLATERAL THROUGH APRIL 2, 2010 AND GRANTING ADEQUATE PROTECTION

Upon further interim consideration of the amended motion [Docket No. 39] (the "Amended Motion") of Bridgeview Aerosol, LLC ("BVA"), AeroNuevo, LLC ("AeroNuevo") and USAerosols, LLC ("USAerosols" and collectively, the "Debtors") requesting this Court's authorization to use the cash collateral of Wells Fargo Bank, National Association ("WFB") pursuant to 11 U.S.C. § 363(c)(2) and Fed. R. Bankr. P. 4001; due and proper notice of the Amended Motion and the proposed Fifth Interim Order Authorizing Use of Cash Collateral and Granting Adequate Protection (the "Proposed Order") having been given to all parties entitled thereto; an interim hearing having been held on the Proposed Order and the Amended Motion pursuant to the provisions of Fed. R. Bankr. P. 4001(c)(2); the Court having heard the statements of counsel for the Debtors and WFB at the interim hearing; and the Court having considered all relevant matters related thereto and being otherwise fully advised in the premises; IT IS HEREBY ORDERED:

1. The Debtors' authority to use Cash Collateral pursuant to § 363(c) of the Bankruptcy Code subject to the terms and conditions set forth in the Fourth Interim Order Authorizing Use of Cash Collateral and Granting Adequate Protection entered by this Court on February 5, 2010 [Docket No. 145] (the "Fourth Interim Order"), and consistent with the terms of the budget attached to the Proposed Order, shall extend through April 2, 2010, unless

{7270 ORD A0255390.DOC}

subsequently extended by written agreement of the Debtors and WFB, or otherwise modified by further order of this Court.

2. The Debtors and any other parties in interest may file a reply to WFB's objection to the Proposed Order on or before __3/30__, 2010.

3. This Court shall conduct a further hearing on the Proposed Order on __4/1__, 2010 at __10:30__, which shall be an evidentiary hearing if WFB's objections are not resolved before such hearing.

ENTER:

Dated: __MAR 1 8 2010__

_____
Pamela S. Hollis
United States Bankruptcy Judge

**_Prepared By_**:

Steven B. Towbin (#2848546)
Mark L. Radtke (#6275738)
Kimberly Bacher (#6285677)
Shaw Gussis Fishman Glantz
 Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654
(312) 541-0151  telephone
(312) 980-3888  facsimile

*Counsel for Debtors*

{7270 ORD A0255390.DOC}                2